IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TMG ELECTRONICS, INC., | : | |
| | : | No. 2:16-cv-01888-DSC |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| TATTLETALE PORTABLE ALARM SYSTEMS, INC., | : | |
| | : | |
| Defendant. | : | |

## JOINT STIPULATION FOR DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1) and 41(a)(2), the parties hereby jointly stipulate to the dismissal of Plaintiff's Complaint and Defendant's Counterclaim with prejudice, provided that such dismissal is conditioned upon the entry of an order by this court retaining jurisdiction to enforce the settlement agreement.

WHEREFORE, the parties respectfully request that this Honorable Court enter the attached order dismissing the instant action and retain jurisdiction for the enforcement of the settlement agreement.

Dated: May 9, 2018                                            Respectfully submitted,

By: */s/ John R. O'Keefe, Jr.*                               By: */s/ Henry M. Sneath*
    John R. O'Keefe, Jr., Esquire                                    Henry M. Sneath, Esquire
    PA I.D. #36633                                                            PA I.D. #40559
    Justin T. Barron, Esquire                                             Amber L. Reiner Skovdal, Esquire
    PA I.D. #200394                                                          PA I.D. #315998
    METZ LEWIS BRODMAN MUST                                    HOUSTON HARBAUGH
    O'KEEFE LLC                                                                 Three Gateway Center, 22nd Floor
    535 Smithfield Street, Suite 800                                    401 Liberty Avenue
    Pittsburgh, PA 15222                                                     Pittsburgh, PA 15222
    Telephone: 412.918.1100                                             Telephone: 412.288.5060
    jokeefe@metzlewis.com                                                sneathhm@hh-law.com
    jbarron@metzlewis.com                                                reineral@hh-law.com
    *(Counsel for Plaintiff TMG Electronics, Inc.)*                 *(Counsel for Defendant Tattletale Portable Alarm Systems, Inc.)*