IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TMG ELECTRONICS, INC., : | |
| : | No. 2:16-cv-01888-DSC |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| TATTLETALE PORTABLE ALARM : | |
| SYSTEMS, INC., : | |
| : | |
| Defendant. : | |

## ORDER DISMISSING ACTION

AND NOW, this <u>10th</u> day of May, 2018, upon consideration of the parties' Joint Stipulation for Dismissal, it is hereby ORDERED, ADJUDGED and DECREED that Plaintiff's Complaint and Defendant's Counterclaim are dismissed with prejudice. This Honorable Court maintains Federal Court jurisdiction over any matters or claims that result from any dispute over the settlement terms, enforcement or performance thereof.

s/ DAVID STEWART CERCONE
David Stewart Cercone
Senior United States District Judge